IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01265-RPM

LUIS IRENE AND GRETCHEN IRENE,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
and ALLSTATE INSURANCE COMPANY,

Defendants.

___

**STIPULATED PROTECTIVE ORDER**
___

Plaintiffs, Luis Irene and Gretchen Irene, and Defendant, Allstate Insurance Company, by and through their counsel of record, enter into a Stipulated Protective Order as follows:

1. Plaintiff has requested that Defendant Allstate Insurance Company provide certain documents which it has identified as proprietary and confidential materials prepared by Defendant Allstate Insurance Company for internal use and training and not intended or made available for use by Allstate Insurance Company's competitors or others outside Allstate Insurance Company.

2. Allstate Insurance Company desires to protect the proprietary and confidential nature of these documents, and the parties agree to their designation as "Protected Documents", the production and use of which is subject to the following provisions.

    a. Unless otherwise authorized by Defendant Allstate Insurance Company or ordered by this Court, Protected Documents shall not be used for any purpose

other than the preparation and trial of this action, and appeals of all or part of this action, and shall not be disclosed to any person, except as is necessary for that purpose.

b. If any transcripts of depositions, answers to interrogatories, motions, briefs or other pleadings to be filed with the Court include all or part of a Protected Document, such pleadings or other papers shall be filed with the Clerk of the Court in sealed envelopes marked **"CONFIDENTIAL NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT."**

c. Counsel are charged with the responsibility of advising their partners, associate attorneys, legal support personnel, and experts or consultants who are participating in the prosecution or defense of this action, and other persons to whom disclosure of any Protected Document may be made pursuant to this Order, of the terms of this Order and their obligations hereunder. Before counsel may disclose any Protected Document to persons not counsel or legal support personnel within the firms executing this Order, such recipients shall execute a declaration in the form set forth in the attached Exhibit A.

d. Issues regarding the use of Protected Documents at trial shall be determined by the Court.

e. Upon final determination of this action, including all appeals, plaintiff's counsel shall return to Defendant Allstate Insurance Company within thirty

(30) days any copies, extracts or summaries of any Protected Document, or documents containing information taken therefrom, but excluding any materials which, in the judgment of counsel, are work product materials. Protected Documents which contain work product shall be destroyed by plaintiff's counsel within thirty (30) days of final determination of this action. Within forty-five (45) days of final determination, counsel for the parties shall provide Defendant Allstate Insurance Company's counsel a document certifying the return or destruction of all Protected Documents and any copies, extracts or summaries of Protected Documents.

AGREED AND STIPULATED this 13th day of January, 2009.

| | |
|---|---|
| s/ Richard A. Orona | s/ Keith Frankl |
| Richard A. Orona, #35299 | Keith Frankl, Esq., #12276 |
| Harris, Karstaedt, Jamison & Powers, P.C. | The Frankl Law Firm, P.C. |
| 188 Inverness Drive West, Suite 300 | 2179 South Ash Street |
| Englewood, Colorado 80112-5816 | Denver, Colorado 80222 |
| (720) 875-9140 | (303) 300-2029 |
| Email: rorona@hkjp.com | Email: kfrankl@franklawfirm.com |
| ATTORNEYS FOR DEFENDANT | ATTORNEY FOR PLAINTIFFS |

**ORDER**

APPROVED, ORDERED AND ENTERED this 14th day of January, 2009.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge
UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

Civil Action No.: 08-cv-01265-RPM

## EXHIBIT A
<u>UNDERTAKING</u>

STATE OF COLORADO      )
                      ) ss
COUNTY OF _____  )

I, _____, being first duly sworn, state that:

1. My address is _____
_____.

2. My present occupation or job description is _____
_____.

3. I have received a copy of the Stipulated Protective Order signed by District Court Judge _____-on _____ in the case of *Irene v. Allstate Property and Casualty Insurance Company, et. al.*

4. I have carefully read and understand the provisions of the Stipulated Protective Order, will comply with all of its provisions, will hold in confidence and not disclose to anyone not qualified under the Stipulated Protective Order any designated Protected Document or any summaries, abstracts or indices of any Protected Document disclosed to me, and will return all Protected Documents and summaries, abstracts or indices thereof, and copies thereof, which come into my possession, and documents or things which I have prepared relating thereto, to counsel for the party by whom I am retained.

_____

Subscribed and sworn to before me this _____ day of _____, 2009, by _____
_____.

Witness my hand and official seal.

My commission expires: _____.

_____
Notary Public

Dated this _____ day of _____, 2009.