IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE AND GRETCHEN IRENE,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
and ALLSTATE INSURANCE COMPANY,

　　Defendants.

---

ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

　　The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

　　ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

　　Dated: January 14th, 2009

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Richard P. Matsch
　　　　　　　　　　　　　　　　_____
　　.　　　　　　　　　　　　　　Richard P. Matsch, Senior District Judge