IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

---

## ORDER EXTENDING DEADLINES

---

Upon consideration of the Joint Motion to Extend Discovery Deadlines [21], filed on January 20, 2009, it is

ORDERED that the parties have up to and including February 4, 2009, in which to complete depositions and discovery.

Dated: January 20th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
.                                       Richard P. Matsch, Senior District Judge