# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                May 21, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and                                              Keith E. Frankl
GRETCHEN IRENE,

      Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY                              Richard A. Orona
INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**9:57 a.m.     Court in session.**

**ORDERED:**   Defendant Allstate Insurance Company's Motion for Oral Argument on Defendant's Motion for Partial Summary Judgment, filed April 15, 2009 [41], is moot.

Court's summary of its understanding of the undisputed case facts.

10:05 a.m.    Argument by Mr. Frankl [24] and [29].
10:16 a.m.    Argument by Mr. Orona.
10:28 a.m.    Rebuttal argument by Mr. Frankl.

**Court's findings as stated on record.**

**ORDERED:**   Plaintiffs' Motion for Partial Summary Judgment or Determination of Question of Law, filed February 27, 2009 [24], is denied.

**ORDERED:**   Defendant Allstate Insurance Company's Motion for Partial Summary Judgment, filed March 3, 2009 [29], is granted to the extent as stated on record.

May 21, 2009
08-cv-01265-RPM

**ORDERED:**   **Plaintiffs' Motion to Amend Complaint, filed March 3, 2009 [28], is denied.**

**ORDERED:**   **Plaintiffs' First Motion to Compel Discovery, filed February 16, 2009 [23], is denied.**

Counsel agree to confer regarding attentive means of determining extent of contamination resulting from fire.

**ORDERED:**   **Status report filed by June 22, 2009.**

**ORDERED:**   **Bad faith claim is not dismissed.**

**10:37 a.m.**   **Court in recess.**           Hearing concluded.  Total time: 40 min.