IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

---

ORDER DENYING PLAINTIFFS' MOTION TO ALTER AND AMEND PARTIAL SUMMARY JUDGMENT

---

On June 1, 2009, the plaintiffs filed a motion to alter and amend partial summary judgment in this Court's order of May 21, 2009.  Considering the argument made, it is

ORDERED that the motion is denied.

Dated: June 25th, 2009

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
.                           Richard P. Matsch, Senior District Judge