IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

## ORDER

The Joint Motion to Amend Scheduling Order is GRANTED.

The Scheduling Order is amended as follows:

    a.    Discovery cut-off for all parties relating to dispositive motions shall be moved from January 25, 2010 until February 24, 2010;

    b.    The dispositive motion deadline shall be moved from January 15, 2010 until February 17, 2010;

    c.    Disclosure by a party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate an expert on or before February 5, 2010; and

    d.    The parties will designate all contradicting experts on or before February 24, 2010.

1

SO ORDERED this 9th day of December, 2009.

U.S. DISTRICT COURT

_____
Richard P. Matsch
Senior U.S. District Court Judge