IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

**ORDER**

The Second Joint Motion to Amend Scheduling Order is GRANTED.

The Scheduling Order is amended as follows:

    a. Discovery cut-off relating to dispositive motions will be moved from February 24, 2010 until April 10, 2010;

    b. The dispositive motion deadline will be moved from February 17, 2010 until March 17, 2010;

    c. Disclosure by a party bearing the burden of persuasion on issues for which expert opinion is offered shall designate expert opinions is currently scheduled for February 5, 2010 and should be moved to March 5, 2010; and

    d. The parties will designate all contradicting experts and reply experts on or before March 26, 2010.

SO ORDERED this 15th day of January, 2010.

1

U.S. DISTRICT COURT

_____
Richard P. Matsch
Senior U.S. District Court Judge