**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 9, 2010
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and                                                Keith E. Frankl
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY                                Richard A. Orona
INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.
_____

### COURTROOM MINUTES
_____

**Discovery Hearing**

**9:56 a.m.**     **Court in session.**

Court's preliminary remarks.

9:58 a.m.     Mr. Frankl answers questions asked by the Court regarding the status of the property.
Mr. Frankl states parties' adjusters and industrial hygienist have evaluated the condition of the house and defendants have made repair funds available.
Argument by Mr. Frankl.

10:15 a.m.    Argument by Mr. Orona.

**ORDERED:**   **Plaintiffs' Second Motion to Compel Discovery, filed January 8, 2010 [59], is resolved on record.**

**ORDERED:**   **Defendant Allstate Insurance Company's Motion to Strike the Affidavit of James Mathis, filed February 4, 2010 [69], is resolved on record.**

**ORDERED:**   **Expert Reports deadline vacated.
Status report due May 10, 2010.**

**10:40 a.m.**    **Court in recess.**          Hearing concluded.  Total time: 44 min.