IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

          Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

          Defendants.

_____

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

_____

On January 28, 2010, the plaintiffs filed a motion to amend the complaint to add claims

for exemplary damages and unreasonable claims handling, tendering an Amended Complaint

with the motion.  On February 22, 2010, the defendant responded to the motion stating no

objection.  Accordingly, it is

ORDERED that the motion is granted and the Amended Complaint tendered therewith is

filed.

          Dated: March 1st, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
          .                              Richard P. Matsch, Senior District Judge