IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               June 16, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and                                          Keith E. Frankl
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY                          Richard A. Orona
INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Sanctions**

**9:57 a.m.**     **Court in session.**

Bob Nelson present for defendants.

Court's preliminary remarks.

| | |
|---|---|
| 9:59 a.m. | Argument by Mr. Frankl. |
| 10:09 a.m. | Argument by Mr. Orona. |
| 10:18 a.m. | Rebuttal argument by Mr. Frankl. |

**ORDERED:** **Plaintiffs' Motion for Sanctions, filed April 20, 2010 [77], is granted in part as stated on record and no ruling on attorney fees is made at this time. Counsel shall conduct the deposition of Mr. Nelson at Allstate's expense.**

**10:23 a.m.**    **Court in recess.**

Hearing concluded.  Total time: 30 min.