IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel. Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**. Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **November 19th, 2010,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

> Has all discovery been completed?
> Is it reasonable to expect that counsel will agree on a pretrial order
> without convening a pretrial conference?
> Are any motions pending or contemplated?
> Is this a jury trial?
> What is the expected length of trial?
> What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date. Counsel responsible for the case must be present to respond to the court's questions. Trial dates are expected to be within six months of the Calendar Call.

Dated: September 9th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

# CALENDAR CALL

## NOVEMBER 19, 2010

### 8:00 a.m.

| | | |
|---|---|---|
| 08-cv-01265 | LUIS IRENE and<br>GRETCHEN IRENE v.<br>ALLSTATE PROPERTY AND CASUALTY INSURANCE<br>   COMPANY and<br>ALLSTATE INSURANCE COMPANY | Keith Evan Frankl<br>Richard Alan Orona |
| 09-cv-01437 | HOME DESIGN SERVICE, INC., v.<br>SCHROEDER CONSTRUCTION,<br>JAMES E. SCHROEDER and<br>MARK FENN | Ian T. Holmes and Anthony M. Lawhon<br>Tim D. Dunn and Gerry B. Holman<br><br>*Pro Se* |
| 09-cv-01601 | TEENA J. BOWERSOX v.<br>BOARD OF COUNTY COMMISSIONERS OF EL PASO<br>   COUNTY, COLORADO<br>EL PASO DEPARTMENT OF HUMAN SERVICES | George C. Price<br>Amy Folsom Mullaney<br>Andrew C. Gorgey |
| 09-cv-01835 | WILLIAM BURKHARDT v.<br>THE CITY OF LEADVILLE, CO., and<br>TROY HARDWICK | David A. Lane<br>Qusair Mohamedbhai<br>Thomas S. Rice<br>Jonathan A. Cross<br>L. Douglas Jewell |
| 09-cv-01896 | DANVIS SMITH v.<br>OFFICER JOSEPH P. FLYNN | Anthony Viorst<br>L. Douglas Jewell |
| 09-cv-02243 | JUDY JARAMILLO v.<br>ADAMS COUNTY SCHOOL DISTRICT 14 | Ralph G. Torres<br>Heather K. Kelly<br>Lawrence L. Lee |

### 8:30 a.m.

| | | |
|---|---|---|
| 09-cv-02425 | AMBER FENSTERMACHER v.<br>WELLS FARGO BANK, N.A. | Kevin C. Flesch<br>Darren E. Nadel |
| 09-cv-02550 | STEPHEN J. HOLLAND v.<br>RODNEY JOHNSON and<br>WALTER P. ELDRIDGE | Michael L. Glaser<br>Michael D. Murphy<br>Leslie L. Schluter<br>Eric M. Ziporin |
| 09-cv-02572 | SCOTT J. HANDLER v.<br>GREAT NORTHERN INSURANCE COMPANY<br>  a/k/a and d/b/a CHUBB | Burke St. John Gilbertson<br>James E. Goldfarb<br>Claire E. Munger |
| 10-cv-00013 | DEMETRIA WARD and<br>MONTA WARD v.<br>ALLSTATE PROPERTY AND CASUALTY INSURANCE<br>  COMPANY | Steven R. Schumacher<br>Richard A. Orona<br>Mark A. Sares |