IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                 November 19, 2010
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki
_____

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and                                              Keith E. Frankl
GRETCHEN IRENE,

     Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY                              Richard A. Orona
INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Calendar Call**

**8:00 a.m.**     **Court in session.**

Counsel submit joint statement.

Discussion regarding motion for protective order [101].

**ORDERED:** Defendants' Motion for Protective Order Regarding Plaintiffs' Notice of Video Deposition of Defendants Pursuant to F.R.C.P 0(b)(5) and (6) and Notice of Video Depositions of Mark Thoms and Robert Nelson, filed October 20, 2010 [101], is granted in part and denied in part as stated on record.

Mr. Orona states the sanctions money owed to plaintiff will be paid by November 23, 2010.

**ORDERED:** Trial scheduled May 23, 2011 at 8:30 a.m.
Counsel submit in paper a proposed pretrial order due by
4:00 p.m. April 22, 2011.
Deadline for expert reports is December 31, 2010
(simultaneous reports permitted)**.**

Discussion regarding plaintiff's election regarding an appraisal.

**ORDERED:** Deadline for plaintiffs' election for an appraisal is December 3, 2010 and counsel shall inform the Court that decision.

**8:14 a.m.**     **Court in recess.**     Hearing concluded.  Total time: 14 min.