IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

---

## ORDER SETTING TRIAL DATE

---

    Pursuant to the Calendar call today, it is

    ORDERED that this matter is set for trial to jury on **May 23, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 22, 2011.**

    Dated: November 19th, 2010

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
.                                    Richard P. Matsch, Senior District Judge