IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01265-RPM-MEH

LUIS IRENE AND
GRETCHEN IRENE,

      Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
and ALLSTATE INSURANCE COMPANY,

      Defendants.

_____

**ORDER RE: JOINT MOTION TO VACATE MAY 23, 2011 TRIAL**
_____

      Upon review of the Joint Motion to Vacate May 23, 2011 Trial [114] filed February 10, 2011, it is

      ORDERED that the motion is granted, and the May 23, 2011 trial is vacated and expert disclosure deadlines are vacated until a new date is set after arbitration. The parties shall complete arbitration by June 30, 2011.

      Dated this 11th day of February, 2011.

                                BY THE COURT:

                                s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge