IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                November 21, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. 08-cv-01265-RPM

| | |
|---|---|
| LUIS IRENE and | Keith E. Frankl |
| GRETCHEN IRENE, | |
| Plaintiffs, | |
| v. | |
| ALLSTATE PROPERTY AND CASUALTY | Richard A. Orona |
| INSURANCE COMPANY and | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

___

## COURTROOM MINUTES
___

**Conference on pending motions**

**3:28 p.m.     Court in session.**

Discussion regarding pending motions, bad faith claim, damages and scheduling.

Mr. Orona states defendant is not contesting the arbitration award that has been paid.
**Court states no preclusive effect to arbiter's findings.**

**ORDERED:    Motion to Confirm Awards, filed 9/16/2011 [123], is moot.**

**Court states insurance experts are unnecessary.**

Counsel make record for preserving right to call a bad faith expert.
Counsel inform Court that JAG mediation is scheduled 12/5/2011.

**ORDERED:    Unopposed Motion to Set Disclosure Deadlines for Expert Witnesses, Trial and Pretrial Matters, 10/20/11 [126], is resolved.**

**ORDERED:    Plaintiff's brief** (damages recovery - contract / tort law) **due December 2, 2011, response due December 23, 2011 and reply due January 4, 2012.
Four day jury trial set March 26, 2012 at 8:30 a.m.**

**3:50 p.m.    Court in recess.**   Hearing concluded.  Total time: 22 min.