IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

---

## ORDER SETTING TRIAL DATE

Pursuant to the conference convened November 21, 2011, it is

ORDERED that this matter is set for trial to jury on **March 26, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: November 22nd, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
.                                       Richard P. Matsch, Senior District Judge