IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.

## ORDER VACATING TRIAL DATE

    Pursuant to the Notice of Settlement and Request to Vacate the Trial Date [133] filed December 8, 2011, it is

    ORDERED that the March 26, 2011, trial date is vacated.  The parties shall submit dismissal paperwork on or before January 23, 2012.

    Dated:  December 9th, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
    .                                      Richard P. Matsch, Senior District Judge