IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01265-RPM

LUIS IRENE and
GRETCHEN IRENE,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and
ALLSTATE INSURANCE COMPANY,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS
_____

The Court, having first been duly advised of the parties' Stipulation for Dismissal with Prejudice of All Claims, hereby orders as follows:

The Stipulation for Dismissal with Prejudice of All Claims is GRANTED. All claims as alleged against Defendants, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY, by Plaintiffs LUIS IRENE and GRETCHEN IRENE, are dismissed, **with prejudice**, each party to pay its own costs and fees.

IT IS SO ORDERED ON THIS 29th day of December, 2011.

                                                BY ORDER OF THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch
                                                U.S. DISTRICT COURT JUDGE